# EXHIBIT A



Secure Processing Center
P.O. Box 3826
Suwanee, GA 30024

**SAX**

291 2 82485 ******************AUTO**5-DIGIT 11354
Larry Tom Kim

December 16, 2025

Subject: Notice of Data Security Incident

Dear Larry Tom Kim,

I am writing to inform you of an incident that may have affected some of your personal information. Sax LLP ("Sax") is committed to maintaining the privacy and security of all information in our possession. This letter includes information about the incident and provides you with steps you can take to protect your personal information, along with a complimentary offer of credit and identity monitoring services.

**What happened?** Recently, we determined that your personal information may have been involved in a security incident that we experienced. On August 7, 2024, we were alerted to suspicious activity in our environment. In response, we immediately took measures to ensure our network was secure. We also initiated an investigation to determine the full nature and scope of the event. We also engaged cybersecurity experts to assist with this process. Our investigation determined that some information may have been viewed or acquired without authorization. We then engaged a third party to conduct a comprehensive review of all potentially affected information. The review determined that some of your personal information was contained in the potentially affected data. We then took steps to locate contact information needed to notify individuals. At the conclusion of this process on December 1, 2025, we arranged for notification to potentially affected individuals.

**What Information Was Involved?** The potentially affected information may have included your name and the following: Social Security Number. We emphasize that we have no evidence of any actual or attempted misuse of this information.

**What We Are Doing:** As soon as we discovered the incident, we took the steps described above. We also performed a thorough review of our systems to investigate the incident and enhance our network security. We implemented additional security measures to protect our digital environment and minimize the likelihood of future incidents. We also notified the Federal Bureau of Investigation of the incident and will provide whatever cooperation is necessary to hold the perpetrators accountable.

In addition, we are providing you with complimentary identity protection services through Epiq. These services include 12 months of credit monitoring, dark web monitoring, credit protection, and identity restoration and lost wallet assistance. You can enroll in the Epiq services by calling 866.675.2006 or by going to www.privacysolutionsid.com and using the following Activation Code: ▮▮▮▮▮▮▮▮▮▮. Please note the deadline to enroll in these services is **March 31, 2026.**

---

¹ To receive credit monitoring services, you must be over the age of 18 and have established credit in the U.S., have a Social Security number in your name, and have a U.S. residential address associated with your credit file.