# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ALAN YOUNG, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>SAX LLP,<br><br>    Defendant. | Case No. 2:25-CV-18996-BRM-SDA<br><br>Complaint filed December 26, 2025<br><br>CLASS ACTION |
| WEIQIAN LIU, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>SAX LLP,<br><br>    Defendant. | Case No. 2:25-CV-18997-BRM-SDA<br><br>Complaint filed December 26, 2025<br><br>CLASS ACTION |
| LEONARD GUERCIO, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>SAX LLP,<br><br>    Defendant. | Case No. 2:25-CV-19013-BRM-SDA<br><br>Complaint filed December 29, 2025<br><br>CLASS ACTION |

| | |
|---|---|
| DONNETTE GREEN, individually and on behalf of all others similarly situated, | Case No. 2:25-CV-19015-BRM-SDA |
| Plaintiff, | Complaint filed December 29, 2025 |
| v. | CLASS ACTION |
| SAX LLP, | |
| Defendant. | |
| LARRY KIM, individually and on behalf of all others similarly situated, | Case No. 2:25-CV-19021-BRM-SDA |
| Plaintiff, | Complaint filed December 29, 2025 |
| v. | CLASS ACTION |
| SAX LLP, | |
| Defendant. | |
| JAMES WAGNER, individually and on behalf of all others similarly situated, | Case No. 2:25-CV-19031-BRM-SDA |
| Plaintiff, | Complaint filed December 29, 2025 |
| v. | CLASS ACTION |
| SAX LLP, | |
| Defendant. | |

**PLAINTIFFS' MOTION TO CONSOLIDATE CASES AND <u>APPOINT INTERIM CLASS COUNSEL</u>**

For the reasons set forth in the accompanying Memorandum of Law, Plaintiffs in the above-captioned actions respectfully request that the Court (1) consolidate the above-captioned Related Actions pursuant to Fed. R. Civ. P. 42(a) under the caption of the first-filed *Young* docket, Case No. 25-cv-18996, and administratively close the *Liu*, *Wagner*, *Kim*, *Guercio*, and *Green* matters; (2) appoint A. Brooke Murphy of Murphy Law Firm, Leanna A. Loginov of Shamis & Gentile, P.A., and Andrew W. Ferich of Ahdoot & Wolfson, PC, as interim co-lead class counsel pursuant to Fed. R. Civ. P. 23(g); and (3) set a deadline for Plaintiffs to file a consolidated complaint within 30 days of entry of the Order granting this Motion.

A proposed Order has been filed contemporaneously herewith.

Dated: December 31, 2025

*/s/ Mark K. Svensson*
Mark K. Svensson (NJ Bar No. 380202021)
**MILBERG, PLLC**
100 Garden City Plaza
Garden City, NY  11530
Telephone: (202) 975-0468
msvensson@milberg.com

Andrew W. Ferich (NJ I.D. 015052012)
*aferich@ahdootwolfson.com*
**AHDOOT & WOLFSON, PC**
201 King of Prussia Road, Suite 650
Radnor, PA 19087
Tel: (310) 474-9111
Fax: (310) 474-8585

Leanna A. Loginov (NJ I.D. 389742022)
*lloginov@shamisgentile.com*

**SHAMIS & GENTILE, P.A.**
14 NE 1st Ave, Suite 705
Miami, FL 33132
Tel: (305) 479-2299

A. Brooke Murphy*
*abm@murphylawfirm.com*
**MURPHY LAW FIRM**
4116 Will Rogers Pkwy., Suite 700
Oklahoma City, OK 73108
Tel: (405) 389-4989

*\* pro hac vice* forthcoming

***Proposed Interim Co-Lead Class Counsel***

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 31st day of December, 2025, a true and correct copy of the above and foregoing was filed with the Clerk of Court via the Court's CM/ECF system for electronic service on all counsel of record.


Dated: December 31, 2025              */s/ Mark K. Svensson*